UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................... X
EXPORT-IMPORT BANK OF
THE UNITED STATES,

                       Plaintiff,

   v.

ASIA PULP & PAPER CO., LTD.,                    ECF Case
PT INDAH KIAT PULP & PAPER TBK,
PT PABRIK KERTAS TJIWI KIMIA TBK,        03 Civ. 8554 (DCP)[1]
AND PT PINDO DELI PULP & PAPER
MILLS,

                       Defendants
............................................................X

## ORDER

Upon due consideration of the evidence and arguments submitted by Plaintiff and Defendants, IT IS HEREBY ORDERED that Defendants' Motion for Reconsideration is DENIED.[2]

Dated: May 13, 2009
New York, New York

                                                                _____
                                                                Judge

---

[1] Judge Donald C. Pogue of the United States Court of International Trade, sitting by designation.

[2] The court notes that there is not a sufficient record to provide a basis for an interlocutory appeal of this matter.